1:00 P.M.
THE ALBERT BRANSON MARIS COURTROOM (19TH FLOOR)

MONDAY, AUGUST 10, 2026

Coram: HARDIMAN, BIBAS and RENDELL, *Circuit Judges*

No. 26-2469

AMERICANS FOR PROSPERITY
FOUNDATION, et al.,
Appellants
v.
ANTHONY J. ALBENCE, et al.

| Counsel for Appellants | Counsel for Appellee |
| --- | --- |
| ALLEN J. DICKERSON | EMILY V. BURTON |
| (15 minutes per Court) | (15 minutes per Court) |